UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MIRIAM ELISE REISER,

    Plaintiff,

v.

**JUDGMENT**

No. 5:14-CV-850-FL

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings, and the memorandum and recommendation entered by the United States Magistrate Judge, to which plaintiff timely filed objections.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 28, 2016, and for the reasons set forth more specifically within the memorandum and recommendation, that defendant's motion is granted and this matter is dismissed.

**This Judgment Filed and Entered on March 28, 2016, and Copies To:**

Virginia A. Noble (via CM/ECF Notice of Electronic Filing)
Craig B. Ormson (via CM/ECF Notice of Electronic Filing)
Mark J. Godenberg (via CM/ECF Notice of Electronic Filing)

March 28, 2016                         JULIE RICHARDS JOHNSTON, CLERK
                                           /s/ Christa N. Baker
                                           (By) Christa N. Baker, Deputy Clerk